B 10 (Supplement 1) (12/11) (08/10 publication draft)

# UNITED STATES BANKRUPTCY COURT

EASTERN District of MICHIGAN

In re  Antoinette Maxwell  
    Debtor

Case No. 11-52614  
Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy rule 3002.1.

Name of Creditor: GMAC Mortgage, LLC, as Servicer for U.S. Bank National Association as Trustee for RASC 2006KS3  
Uniform Claim Identifier: _____

Court claim no. (if known): 3

Last four digits of any number you use to identify the debtor's account: 6 9 8 0

Date of payment change: 06/01/2012  
Must be at least 21 days after date of this notice

Property address: 25275 Maplebrooke Dr, Southfield, MI 48033-7418  
TT# 231173B05

New total payment:  
Principal, interest, and escrow, if any    $832.48

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No  
☒ Yes. Attach a copy of the escrow account statement, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $183.31      New escrow payment: $150.84

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No  
☐ Yes. Attached is a copy of the rate change notice, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

Current Interest rate: _____ %      New Interest rate: _____ %

Current principal and Interest payment: $_____      New principal and Interest payment: $_____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No  
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $_____      New mortgage payment: $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and y\[i\]our title, if any, and state y\[i\]our address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

❏ I am the creditor.   ❏ I am the creditor's authorized agent.
                        (attach copy of power of attorney, if any)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/ _[signature]_
Signature

Date 04/13/2012

Title Attorney for GMAC Mortgage, LLC, as Servicer for U.S. Bank National Association as Trustee for RASC 2006KS3

Print: Crystal Price-Buckley (P69921)
       First Name    Middle Name    Last Name

Company Trott & Trott, P.C.

Address 31440 Northwestern Highway, Suite 200
        Number    Street

        Farmington Hills         MI        48334-2525
        City                     State     Zip Code

Contact phone (248) 642-2515

Email EasternECF@trottlaw.com



**GMAC Mortgage**

3451 Hammond Avenue
Waterloo, IA 50702
1 800 766 4622/Follow the Prompts

**Important Note** In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

## ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: ▓▓▓▓6980

PROPERTY ADDRESS:
~~25275 MAPLEBROOKE DR.~~
SOUTHFIELD MI 48034

ANALYSIS DATE: MARCH 07, 2012

47740-0080979-033
ANTOINETTE MAXWELL
25275 MAPLEBROOKE DR
SOUTHFIELD MI  48033-7418

PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.

Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| CITY/TOWNSHIP | AUGUST 2012 | 1,400.84 | 1,663.86 |
| CITY/TOWNSHIP | DECEMBER 2012 | 409.28 | 535.86 |
| TOTAL ANNUAL DISBURSEMENTS: | | 1,810.12 | 2,199.72 |
| TOTAL ESCROW PAYMENT: | | 150.84 | 183.31 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

```
New Payment Amount:                                             832.48
New Payment Effective:                                     JUNE 01, 2012
Next Scheduled Analysis:                                   JUNE 01, 2013

Payment change:                    New       Prior Analysis
Escrow                           150.84          183.31


Total                            150.84          183.31
Principal/Interest               681.64          681.64
Total Payment                    832.48          864.95
```

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

Any questions regarding changes in the "Estimated Amount of Next Disbursement"
should be directed to your Tax Authority and/or Insurance Company.
To reach our insurance department call: 1-800-256-9962.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

▓▓▓▓▓▓▓▓▓▓ UNRELEASED SURPLUS NOTICE ▓▓▓▓▓▓▓▓▓▓

**GMAC Mortgage**

THIS IS NOT A CHECK

| Account Number | Surplus Amount |
|---|---|
| ▓▓▓▓6980 | 620.15 |

ANTOINETTE MAXWELL

```
ANALYSIS TYPE: 1/6 AGGREGATE                              ACCOUNT NUMBER:       6980
PROJECTED ESCROW BALANCE AS OF: MAY 31, 2012              1,870.15  *
```

\* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

```
                      PROJECTED        CUR. BAL.    REQ. BAL.
DATE       RECEIPTS   DISBURSEMENTS    PROJECTIONS  PROJECTIONS
PROJECTED BALANCE                      1,870.15     1,250.00
06/01/12   150.84         .00          2,020.99     1,400.84
07/01/12   150.84         .00          2,171.83     1,551.68
08/01/12   150.84     1,400.84-          921.83       301.68 L
09/01/12   150.84         .00          1,072.67       452.52
10/01/12   150.84         .00          1,223.51       603.36
11/01/12   150.84         .00          1,374.35       754.20
12/01/12   150.84       409.28-        1,115.91       495.76
01/01/13   150.84         .00          1,266.75       646.60
02/01/13   150.84         .00          1,417.59       797.44
03/01/13   150.84         .00          1,568.43       948.28
04/01/13   150.84         .00          1,719.27     1,099.12
05/01/13   150.84         .00          1,870.11     1,249.96
```

```
Current Escrow Balance: 1,136.91

Esc Rcpts to Eff Dt        Esc Disb Prior to Eff Dt

Due Dt   Due Amt          Disb Date   Disb Amt
02/12    183.31
03/12    183.31
04/12    366.62 *



*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.
```

L   ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
     921.83

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
     301.68

Section 3:    ➡    | SURPLUS        620.15 |

ESCROW ACCOUNT ACTIVITY (APRIL 01, 2011 - MAY 31, 2012)

```
                        PREV PROJ     PREV PROJ                    ACTUAL       ACTUAL
DATE       TXN          AMOUNT        BALANCE      TXN             AMOUNT       BALANCE
01/01/11                    .00          .00       PAYMENT         249.53       1,563.04
02/01/11                    .00          .00       PAYMENT         249.53       1,812.57
03/01/11                    .00          .00       PAYMENT         249.53       2,062.10
BEGINNING BALANCE                     1,113.93                                  2,062.10
04/01/11   PAYMENT       183.31       1,297.24     PAYMENT         249.53       2,311.63
05/01/11   PAYMENT       183.31       1,480.55     PAYMENT         183.31       1,297.24
05/01/11                    .00       1,480.55     OTHER         1,197.70-      1,297.24
06/01/11   PAYMENT       183.31       1,663.86     PAYMENT         183.31       1,480.55
07/01/11   PAYMENT       183.31       1,847.17     PAYMENT         183.31         263.02
07/01/11                    .00       1,847.17     CITY/TOWNSHIP 1,400.84-         263.02
08/01/11   PAYMENT       183.31         366.62     PAYMENT         183.31         446.33
08/01/11   CITY/TOWNSHIP 1,663.86-       366.62                       .00         446.33
09/01/11   PAYMENT       183.31         549.93     PAYMENT         183.31         629.64
10/01/11   PAYMENT       183.31         733.24     PAYMENT         183.31         812.95
11/01/11   PAYMENT       183.31         916.55     PAYMENT         183.31         996.26
12/01/11   PAYMENT       183.31         564.00     PAYMENT         183.31         770.29
12/01/11   CITY/TOWNSHIP  535.86-        564.00     CITY/TOWNSHIP  409.28-         770.29
01/01/12   PAYMENT       183.31         747.31                        .00         770.29
02/01/12   PAYMENT       183.31         930.62     PAYMENT         366.62       1,136.91
03/01/12   PAYMENT       183.31       1,113.93                        .00       1,136.91
```